Sent to:
Clerk of courts,
Shawano County

cc:
Rose Mary's
Ahn Jodges Wain

Ann-Marie; Retzlaff
405 North Main Street
Shawano, Wisconsin near
[54166]

RECEIVED
SDNY PRO SE OFFICE
2022 JUN 10 PM 2:50

June 3, 2022

Petition to dismiss Case 2022CV000079, Case Code 30703 and "receivership" to vacate property located at Rural Route near 12505 West Roosevelt Road, Gresham, Wisconsin [54128] and known as Annie's Campground.

Reference: US Federal District Court, 7th District, for Securities Exchange Commission Fraud, Manhattan, New York, Docket number 22CV3755 w/ injunction; Federal Circuit Court, Eastern Wisconsin, Case number _____ Hoffman, _____ Kitzman; and Federal Common Law Court in New York, treason, Kussel, Parker, Maulsm.

1. Title 28, USC 3002, Section 15A states the United States is a federal Corporation and not a government, including the Judicia Procedural Section. The STATE OF WISCONSIN and SHAWANO COUNTY are both subordinates to THE UNITED STATES INCORPORATED.

2. On or about JUNE 2019, THE UNITED STATES, INC. was bankrupted and has been defunct since then. Any defacto "government" or court still operating as such is constructive fraud against the people.

Sent to:
Clerk of courts,
Shawano County

cc:
Rose Intake
Hon. Judge Swain

Ann-Marie; Retzkoff
405 North Main Street
Shawano, Wisconsin near
[54166]

RECEIVED
SDNY PRO SE OFFICE
2022 JUN 10 PM 2:50

June 3, 2022

Petition to dismiss Case 2022CV000079, Case Code 30703 and "receivership" to vacate property located at Rural Route near 12505 West Roosevelt Road, Gresham, Wisconsin [54128] and known as Annie's Campground.

Reference: US Federal District Court, 7th District, for Securities Exchange Commission Fraud, Manhattan, New York, Docket number 22CV3755 w/ injunction; Federal Circuit Court, Eastern Wisconsin, Case number _____ Hoffman, _____ Kitzman; and Federal Common Law Court in New York, treason, Kussel, Parker, Maulsm.

1. Title 28, USC 3002, Section 15A states the United States is a federal corporation and not a government, including the Judicia Procedural Section. The STATE OF WISCONSIN and SHAWANO COUNTY are both subordinates to THE UNITED STATES INCORPORATED.

2. On or about JUNE 2019, THE UNITED STATES, INC, was bankrupted and has been defunct since then. Any defacto "government" or court still operating as such is Constructive Fraud against the people.

3. Once I self-educated, and learned of the widespread banking fraud, TRUth in lending fraud, usury fraud, tax fraud, Cestui Que Vie TRUst (PCT) fraud, birth registration via "foundling" hospitals, the unlawful organization and actions of the BAR - British Accreditation Registry, and so much more conspiracy and constructive fraud against the free men and women, I stopped paying into the corrupt and defacto systems that fund these criminal activities!

4. I learned that my bank mortgage on my God-given, sovereign property was stolen from me in July of 2010! At that time, it was with First National of Waupaca. Bank First merged/took over when the CEO was caught embezzling funds from the bank. The merger happened sometime in 2014-2015 and I learned later that my campground loan was "wiped from the books" as part of the merger agreement between the banks! And, in 2019, BankFirst "forgave" $200,000.

5. Bank First ordered an appraisal in 2015/2016 from a new company with no experience in resorts and campgrounds. I was forced to do this and this new appraisal came in at approximately $1.12M, down from the previous ~$1.8M.

6. The bank ordered a second appraisal by a much better company, and that appraisal came in at $2.12M — a ONE MILLION DOLLAR "DISCREPANCY" between the two. The banks First National and BankFirst decided to go with the lower of the two, which flipped my loan upside down, and they created two loans: one that I would make payments on $990K and the other they referred to as a "C" Loan of $550K which they hid from me for years and I had NO visibility on it. My accountant at that time was Steve Grover, with KerberRose Associates and he had never encountered anything like this in his decades of being a CPA. I know now, that this action was more banking fraud, intentionally done to build towards today.

7. The last appraisal was approximately $2.2M and BankFirst ordered this and have direct knowledge that my property has significant equity built up.

8. My mortgage has been renewed and modified many times since 2010 and I have paid approximately $89,000 per year in principle and mostly usury interest, to include $1,000 on my 2022 April mortgage payment of $19,000. At the time Bank

First entered these documents to this defacto court, I wasn't even behind in payments over a month!

9. Due to the negative publicity I have received the past two years and continued law enforcement harassment, my customers have chosen to not pay their invoices — I have $10,000 in electric payments due in November 2021 and approximately 860K in accounts receivable for MARCH 2022 that went unpaid primarily due to the defamation of character from our biased local, state, and even national press! Why? All I have done was stand up for my rights and protect myself, my family, my property, my staff, my customers. I am being harassed, stalked, falsely accused, falsely imprisoned because I went to help one of my staff who called for help — called for a ride to get picked up from a place she was being sex trafficked/drug trafficking at in Crow Settlement in Menominee County! Law enforcement, DAs, lawyers, judges, city + county + state politicians are involved in this and they are trying to silence me.

10. The individual Rights guaranteed by our Constitution and treaties cannot be compromised or ignored by our government or by its courts.

11. I, Ann-Marie; Retzlaff, in and from the beginning, invoke my right of self-determination which is considered to be the foundational stone of all human right. I hereby invoke my right of redress of grievances.

12. I, Ann-Marie; Retzlaff, a living soul, Sui Juris, Jus Soli, being of age, and of sound mind and competent nature, do hereby produce this affadavit of Truth under the penalty of perjury and reserve the right to amend and be notified if any line item is proven at error without recourse and without prejudice.

13. There will be no presumptions or assumptions, no Tacit agreements, no waiver of rights, no hearsay, no lawyering or attornment from the bench. I am asking only for Truth, facts, Honor, and fair Justice.

14. Bank First changed my campground mortgage, by instruments unknown, done without my knowledge, or informed consent, into stock and bonds and have been unlawfully, unethically,

and illegally using my money, from my cestui Que Vie Trust, on the stock exchange to make for profit (theirs) and unknown sum of money.

15. This is Truth in Lending Fraud, Securities Exchange Fraud, banking Fraud, Common Law Fraud, Contract Fraud, violations of the US Constitution and the Wisconsin Constitution.

16. I have a right to be secure in my person, house, papers and property from unreasonable, unlawful searches and seizures, protected by the 4th, 5th Amendment, and under Article 1, Sections 11, 12, 15 & 17.

17. I have not had access to my accounts and/or telephone and/or internet, so these are estimates of what I owe as Annie's Campground, most is revolving credit as credit cards and lines of credit used for business expenses:

$25,000   Dan Nordwig Landscaping LLC
$25,000   George Retzlaff (currently ship as $300/wk) for
~~$5,000~~  the maintenance/labor/consulting 2010 - Nov 2021
$10,000   CoVantage Line of Credit
$50,000   Chase Credit LOC
$25,000   Chase   "     "
$11,000   USAA Credit Card
$8,000    Business Visa - Sychronict/Chase, just changed names
$5,000    Citicard
─────────
$139,000

18. Under the protection of the Wisconsin Constitution,
- Section 14: all lands within the state are declared to be alloidal, and feudal tenures are prohibited.
- Section 15: No distinction shall ever be made by law between resident alien and citizens, in reference to the possession, enjoyment or descent of property. I am a Wisconsin State National USC 8, section 1101(a)(21)(23).
- Section 17: The priviledge of the debtor to enjoy the necessary comforts of life shall be recognized by wholesome laws, exempting a reasonable amount of property from seizure or sale for the payment of any debt or liability hereafter contracted. In my case, nothing needs to be sold, I just need to operate my business as I normally do.
- Section 21: (1) Writs of error shall never be prohibited, and shall be issued as such courts as the legislature (prior to 2006 Dominion Voting Systems or earlier) designates by law. (2) In any court of this state, any suitor may prosecute or defend his suit either in his proper person or by an attorney of the suitor's choice.
- Section 13: Common Laws Continued in force.

Ann-Marie: Retzlaff

autograph: [signature]

Attorney in fact, Executor, and Sole Beneficiary

Envelope scan.

Ann-Marie Retzlaff
155606
405 North Main Street
Shawano, Wisconsin [54166]

Deposit money at
www.freedareyen.com.543

RECEIVED JUN 2022 PM 3
SDNY PRO SE OFFICE

United States Courthouse
Pro Se Intake Unit
Attn: Judge Swain
500 Pearl Street
New York, New York 10007