TO: Clerk of Court
Signing
Bank First
BANCCORP
:GregPriske
Dad
Rick
Beck

June 19, 2022

Ann-Marie; Retzlaff
405 North Main Street
Shawano, Wisconsin 54166
State National
USC 8, Sec 1101(a)(21)(23)

RECEIVED
SDNY PRO SE OFFICE
2022 JUN 27 PM 2:36

Reference Case 22CV79, code 30703 SHAWANO COUNTY and US Federal Court 7th DISTRICT DOCKET 22CV3755 and mailfraud sent to FBI office Milwaukee 14JUN22

Petition to remedy: Article I, Section 9 Wisconsin Constitution "Every person is entitled to a certain remedy in the laws, for all injuries or wrongs which he may receive in his person, property, or character."

In December 2018, I was offered a one page financial sheet from Jodi Jansen of Bank First to refinance my current balance of approximately $867,000.

Act 161 (AB-368) and Wisconsin Constitution Section 11: the right of the people to be secure in their persons, houses, papers and effects against unreasonable searches and seizures shall not be violated, and no warrant shall issue but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the person or things to be searched. Act 161 creates the crime of money laundering. Under this act, it is a crime to engage in, supervise, or facilitate a transaction with illegally-obtained property or items of value; to make property or items

of value; to make property or items of value available to another with the intent to perpetuate illegal activity; or to engage in a transaction that is designed to conceal or disguise the nature, location, source, ownership, or control of the property or items of value or to avoid a financial transaction reporting requirement under federal law

Annie's Campground is not a corporation such as BANKFIRST, BANCCORP, STATE OF WISCONSIN, SHAWANO COUNTY, USA, INC and has no federal reporting requirements as a Private Membership Association. The 16th Amendment to the constitution was never ratified and is NOT a lawful requirement. As of 2019 USA/STATE OF WISCONSIN/SHAWANO COUNTY INC WERE ALL BANKrupted and are defunct. SHAWANO COUNTY INCORPORATED IN 2013 AND THUS, ceased to operate as a government. All corporations must follow the same rules and laws set forth in United States Code and the ICC. My business is NOT a corporation and can not lawfully be engaged in a contract. A contract must be of free and genuine consent, with full and honest disclosure, must have a valuable consideration, there must be a certainty of terms, there

must be a meeting of the minds, there must be autographs or signatures, and there must be a Privity of Contract.

I was lied to, there was no full disclosure or informed consent, through deceitful practices, I was presented Tacit agreements, and my trust was fraudulently converted into stocks and bonds, by instruments unknown and sold on the stock market without my knowledge or consent.

When I discovered this fraud, this constructive fraud, I realized the usurption of our government was complete; that my Great Nation, my State, had been completely infiltrated by the [S]elected officials at all levels, banking industry, law enforcement, judicial system, British Accreditation Registration Association, the Medical Association, Maximus Incorporated government "management" system, the IRS, Central Banking System, Dominion Voting Systems and more... all intent to fully enslave all of us and rob us of our health, wealth, freedoms, children, lives, happiness, property, livelihoods. Enough is

Annie's Campground is my home since July 30, 2010. My children, my property, grew up there and have full access: Ian, Rhianna, and Govann Retzlaff-Rigsby. My father, George H. Retzlaff, has lived on the same property part-time to full-year since July 30, 2010 and has much of the tools, equipment and sweat equity. Richard Petrick has lived there and also has full access to all buildings and belongings. Stealing my property, my livelihood is white-collar crime and constructive fraud.

All contracts done without full-disclosure and "meeting of the minds" are null and void. De facto court was held without the clerk of court, calling me out of my false imprisonment to make my special appearance and then recorded that Annie's Campground was not there! The Clerk of Courts/SHAWANO COUNTY CONTROLS all my movements and KNOWS where I am.

It is constructive fraud to use my Cestui Que Vie (PCT) trust and other monies for your money-laundering and theft.

In fact Beneficiary, Principal

Deposit money at
GREENBAY.M543
www.inmatecanteen.com

US POSTAGE PITNEY BOWES
ZIP 54022 $ 000.53⁰
02 4W
0000359603

RECEIVED 23 JUN 2022 PM 3
SDNY PRO SE OFFICE

2022 JUN 27 PM 2:18

US Federal Court 7th District
Attn: Pro Se Intake, Judge Swain
Docket 22CV3755
500 Pearl Street, New York, New York 10007

USM P3
SDNY

10007-131608